# EXHIBIT 5

# HOW TO DO THINGS ON LINKEDIN AND INDEED

Confidential

HealthTrust_Rivera_000082

# Why LinkedIn

- LinkedIn is the world's largest professional network on the Internet.
- Total Number of Linkedin Users: 467 million
- Total Number of Monthly Active Linkedin Users: 106 million
- Total Number of Linkedin Users from US: 133 million
- 40 million students and recent college graduates on LinkedIn.
- LinkedIn now has 3 million active job listings on the platform.

Confidential

HealthTrust_Rivera_000083

# Building Your Profile

- All-Star Profile Requirements
  - Professional Headshot
  - Summary
  - Experience
  - Industry
  - Location
  - Skills
  - Education
- Background photo (optional)
- Tagline

Confidential

HealthTrust_Rivera_000084

# Sourcing/Searching For Candidates

- Be specific
- Job title
- Company
- Search alerts
- Location
- Keywords





Confidential

HealthTrust_Rivera_000085

# Expanding Your Network

- Connect with ALL relevant potential candidates
- Groups
- Familiar faces
- Network
- Quality > Quantity

Confidential

HealthTrust_Rivera_000086

# Messaging

- Intro message
- Short and Simple
- What (job), Where (location/company), Why (pay/benefits), How (requirements)
- Personalized/Broad
- Signature/Disclaimer

Confidential

HealthTrust_Rivera_000087

# Broad Message – Mass Emails

Hi (CANDIDATE NAME),

**WHAT** - I was researching the top RNs in Florida, and I came across your resume/profile. **WHERE** - After taking some time to look over your experience and education, I think you would be perfect for a MedSurg position I have available in Bradenton, FL. The opportunity is for HCA, which is the top healthcare provider in the country! **WHY** - We are offering up to $40/hr, a $5,000-$7,500 sign-on bonus, and relocation assistance. **HOW** - All we require from you is a current Florida RN license and 1-year of acute care experience. If this is something you would like to learn more about, let's set up a time to connect!

# Personalized Message

Hi (CANDIDATE NAME),

**WHAT** - I was researching the top Emergency Department Leaders in the country, and I came across your profile. **WHERE** - I see you have been working with XXXX for XXXX years, and I believe your experience would be perfect for a Director position I have available in Fort Pierce, FL. **WHY** - This opportunity is for HCA, which is the number one healthcare provider in the country. **HOW** - All we require from you is three years of recent leadership experience. If this is something you would like to learn more about, let's set up a time to connect!

# Posting

- Post between 9a-11a
- Daily
- Short and Simple
- Pictures
- Share/Like with coworkers
- Groups

Confidential

HealthTrust_Rivera_000090

# Things To Remember

- Be Active
  - Daily posts, messages, connections, etc.
- Be Proactive
  - Source and connect with nurses in specialties you may not need right now but will at a later date. Stay ahead!

Confidential

HealthTrust_Rivera_000091

# Sourcing Passive Candidate with Linked In

Confidential

Case 3:20-cv-00806   Document 32-5   Filed 08/23/21   Page 12 of 28 PageID #: 171

HealthTrust_Rivera_000092

# Agenda

Building a strong LinkedIn profile

Building your network

Finding passive candidates on LinkedIn

LinkedIn account types

LinkedIn Help Center



Confidential

HealthTrust_Rivera_000093

# Building a LinkedIn Profile



# Building a LinkedIn Profile

**New Subhead Choices for HWS Recruiters**

1. Recruiter finding great jobs for great nurses, physicians, allied healthcare    professionals | thousands of opportunities

2. Recruiter making great job placements for the best nurses, physicians and allied healthcare professionals

3. Recruiter with thousands of excellent opportunities for nurses, physicians and allied healthcare professionals

4. Recruiter always on the lookout for great healthcare practitioners | thousands of successful placements

5. Recruiter matching nurses, physicians and allied healthcare professionals to outstanding career opportunities

6. Recruiter who helps talented healthcare professionals advance their careers | thousands of successful placements

Confidential

HealthTrust_Rivera_000095

14

# Building a LinkedIn Profile

**New LinkedIn Profile Summary for HWS Recruiters**

If you are a nurse, physician or allied healthcare professional, your job is one of the most important in the world. You provide direct care to those who need it most. Our job is to take care of you. Let us help you find work that utilizes your specialized skills in the best way possible. HealthTrust Workforce Solutions places thousands of nurses, physicians and allied healthcare professionals in per diem, travel and direct hire positions every year. Whether you want to work across town or across the country, we can find the right position to satisfy your personal and professional career goals.

Contact me today to explore the possibilities!

# Building a LinkedIn Profile



# Building a LinkedIn Profile



Good example of how profile should look!

- Professional Picture
- Parallon contact information
- www.parallonjobs.com

# Connections



Make at least 300 connections in order to get a big enough network to be useful to you professionally, and to be visible on LinkedIn.

Source:
        http://3.bp.blogspot.com/--pNBm-bNuVk/VQ-5kMySneI/AAAAAAAAA5k/hK8EOBwGEog/s1600/linkedin-contacts.jpg
Sources:http://www.forbes.com/sites/laurashin/2014/10/20/how-to-create-the-ideal-linkedin-profile/2/

# Profile Views

Who has been viewing your profile?



Confidential

HealthTrust_Rivera_000100

19

# Joining Groups












Confidential

HealthTrust_Rivera_000101

20

# Searching for Potential Candidates



# Boolean Operators

| Boolean Operators | Use | Examples |
|---|---|---|
| AND (A space between two words will have the same result as AND on most search engines) | Ensures the return of all results that contain all of the search terms | ICU AND Hospital<br><br>Your results will have both of these words in them |
| OR | Ensures results will contain either of the search terms | RN OR Registered Nurse<br><br>Your results will have either or both words |
| NOT (usually represented by a minus sign) | Helps to eliminate or subtract terms from results | Nurse NOT Practitioner<br>Nurse -Practitioner<br><br>Your results will not have the word Practitioner in them. |

Confidential

HealthTrust_Rivera_000103

# Boolean Modifiers

| Boolean Modifiers | Use | Example |
| --- | --- | --- |
| Quotation Marks "xx" | Defines and exact phrase in exact order | "Critical Care"<br><br>"Critical Care" (eliminates home care, long term care) |
| Parentheses (xx) | Defines a subset of a string and used in OR statements | (ICU OR Critical OR ER) |

Confidential

HealthTrust_Rivera_000104

# Strong Message

**Importance of the Introduction**

- Ensure you have an informative and open ended introduction to people who may not be actively looking
- Entice the individual with a clever subject line
    - "Work when you want to!"
    - "Looking for extra holiday money?"

**Example**
My name is Cassie and I'm a Recruiter with HealthTrust Workforce Solutions. We staff the HealthONE hospitals in the Denver area and are currently looking for Per Diem CNA's. I think your experience is right in line with what our hospitals are looking for.

If this is something you're interested in, I'd like to set up a time to learn more about your experience or at least connect for future opportunities.

Thank you,
Cassie Pecharich | Regional Recruiter | 720.279.2187 | www.healthtrustjobs.com

cassandra.pecharich@healthtrustws.com

# Statistics

**Good news: 85% of the workforce want to hear from you.**

- Three-quarters of the fully-employed workforce around the world consider themselves passive candidates



**Actively Looking**

**Causaully looking a few times a week**

**Reaching out to a personal network**

**Open to talking to a recruiter**

**Completely satisfied**

Source: https://business.linkedin.com/talent-solutions/blog/2014/03/active-vs-passive-candidates-the-latest-global-breakdown-revealed

Confidential

HealthTrust_Rivera_000106

# LinkedIn Account Types

***Basic (free) account***

A Basic account is for anyone who wants to create and maintain a professional profile online.

- Build your professional identity on the web.

- Build and maintain a large trusted professional network.

- Find and reconnect with colleagues and classmates.

- Request and provide recommendations.

- Request up to five introductions at a time.

- Search for and view profiles of other LinkedIn members.

- Receive unlimited InMail messages.

- Save up to searches and get weekly alerts on those searches.

Confidential

HealthTrust_Rivera_000107

# LinkedIn Help Center

**LinkedIn Questions?**
- Learn.linkedin.com

**Browse Popular Topics**

| Building Your Identity | Getting Started | Getting Professional Insights |
|---|---|---|
| Profile - Overview | Using LinkedIn - the Basics | Homepage - Overview |
| Who's Viewed Your Profile | Account Access and Settings | Company Page - Overview |
| Skill Endorsements and Recommendations | Searching on LinkedIn | Original Pulse Mobile App - Frequently Aske… |
| Ranking in Search Results – People Search | Emails from LinkedIn | Content from the LinkedIn Network |
| | Supported Languages | |

| Finding Career Opportunities | Learning About Premium Accounts | Sharing Your Ideas and Expertise |
|---|---|---|
| Job Searching on LinkedIn - Overview | Managing Your Premium Account | Long-Form Posts on LinkedIn - Overview |
| Applying for a Job on LinkedIn | Unrecognized Charges from LinkedIn | Sharing Ideas, Questions, Articles, and Links |
| Job Seeker Premium Account | | |

| Keeping in Touch with Your Network | Growing Your Network | Popular Answers |
|---|---|---|
| Communicating with LinkedIn Members | Connections - Overview | LinkedIn Professional Community Guidelines |
| Introductions - Overview | Finding People You Know on LinkedIn | Supported Internet Browsers |
| InMail - Overview | Invitations - Overview | Applications Data Use |
| LinkedIn Contacts - Overview | | SlideShare - Frequently Asked Questions |
| Connected Mobile App - Frequently Asked Q… | | Supported Providers and Content Types for … |

- Browse Popular Topics
- Building Strong Profile
- LinkedIn Trainings