# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NIKKI RIVERA, Individually and For Others Similarly Situated,<br><br>v.<br><br>HEALTHTRUST WORKFORCE SOLUTIONS, LLC, | **Case No. 3:20-cv-00806**<br><br>**Judge Richardson**<br>**Magistrate Judge Frensley**<br><br>JURY TRIAL DEMANDED<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Nikki Rivera ("Rivera"), on behalf of herself and the Opt-In Plaintiffs, (collectively, "Plaintiffs") and Parallon Enterprises, LLC d/b/a HealthTrust Locums (incorrectly named as HealthTrust Workforce Solutions, LLC) ("HealthTrust") (collectively, the "Parties") have reached a settlement agreement with respect to this Fair Labor Standards Act ("FLSA") lawsuit. In support of this Motion and in accordance with the Local Rules, the Parties are contemporaneously filing a supporting memorandum of law and accompanying exhibits. As shown in the memorandum of law, the Parties' Settlement is a fair and reasonable resolution to a *bona fide* dispute between the Parties regarding the Plaintiffs' classification status under the FLSA. The Parties respectfully move the Court to approve the settlement agreement.

Dated: November 3, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ Richard M. Schreiber | /s/ Frederick L. Conrad III |
| Michael A. Josephson (*admitted PHV*) | Robert E. Boston |
| Andrew W. Dunlap (*admitted PHV*) | TN Bar No. 009744 |
| Richard M. Schreiber (*admitted PHV*) | bob.boston@wallerlaw.com |
| **JOSEPHSON DUNLAP, LLP** | Frederick L. Conrad III |
| 11 Greenway Plaza, Suite 3050 | TN Bar No. 032043 |
| Houston, Texas 77046 | trip.conrad@wallerlaw.com |
| Telephone: (713) 352-1100 | **WALLER LANSDEN DORTCH & DAVIS, LLP** |
| Facsimile: (713) 352-3300 | 511 Union Street, Suite 2700 |
| mjosephson@mybackwages.com | Nashville, TN 37219 |
| adunlap@mybackwages.com | Telephone: (615) 244-6380 |
| rschreiber@mybackwages.com | Facsimile: (615) 244-6804 |
| | |
| AND | *Attorneys for Defendants* |

Richard J. (Rex) Burch (*admitted PHV*)
**BRUCKNER BURCH, PLLC**
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
rburch@brucknerburch.com

AND

Douglas B. Janney III
doug@janneylaw.com
TN Bar No. 019112
**LAW OFFICE OF DOUGLAS B. JANNEY III**
2021 Richard Jones Road, Suite 310A
Nashville, Tennessee 37215
Telephone: (615) 742-5900

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2022, I served this document by ECF electronic filing on all known parties in accordance with the Federal Rules of Civil Procedure.

*/s/ Richard M. Schreiber*
Richard M. Schreiber