IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NIKKI RIVERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:20-cv-00806 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| HEALTHTRUST WORKFORCE ) | |
| SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the Parties' Joint Motion for Approval of FLSA Settlement (Doc. No. 47, "Motion"). For the reasons set forth in the Motion, the Court finds that the proposed settlement is a fair and reasonable resolution of a bona fide dispute. Accordingly, the Motion is well-taken and is GRANTED. The settlement, including its provisions regarding payment of attorneys' fees, costs, and service awards, is approved and is to be carried out upon its terms.

Consistent with the parties' settlement agreement, (Doc. No. 47-2), Plaintiffs' claims are hereby dismissed with prejudice. This Order shall constitute the final judgment in this case for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE